July 30, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

THE KROGER CO., Appellant

NO. 14-13-00873-CV                    V.

CHRISTOPHER MILANES, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Christopher Milanes, signed July 8, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, The Kroger Co., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.